IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| HENRY JOINER #140755, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | ) CASE NO. 2:09-cv-244-TMH |
| | )        WO |
| SANDRA GILES, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. # 5) to the Recommendation of the Magistrate Judge filed on April 15, 2009 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #4) filed on April 8, 2009 is adopted;

3. This case is DISMISSED without prejudice for plaintiff's failure to pay the full filing fee upon the initiation of this case.

DONE this 1st day of May, 2009.

/s/ Truman M. Hobbs
_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE